UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREAT AMERICAN INSURANCE
COMPANY and GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK,

                Plaintiffs,

                -v.-

SPARTA INSURANCE COMPANY,

                Defendant.

23 Civ. 657 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's motion to compel arbitration and to stay this action dated March 24, 2023 (Dkt. #15-16), and Plaintiffs' opposition filed on March 29, 2023 (Dkt. #17).

Defendants' deadline to respond to the Complaint is hereby STAYED pending further order of the Court. *See* Fed. R. Civ. P. 6(b)(1). Furthermore, the initial pretrial conference currently scheduled for April 13, 2023, is hereby ADJOURNED *sine die*.

        SO ORDERED.

Dated:  March 31, 2023
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge