UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREAT AMERICAN INSURANCE COMPANY and GREAT AMERICAN INSURANCE COMPANY OF NEW YORK,

        Plaintiffs,

v.

SPARTA INSURANCE COMPANY,

        Defendant.

23 Civ. 657 (KPF)

**ORDER DISMISSING THE COMPLAINT WITH PREJUDICE**

---

KATHERINE POLK FAILLA, District Judge:

In accordance with the parties' Stipulation of Voluntary Dismissal, it is ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE.

    SO ORDERED.

Dated: August 9, 2023
       New York, New York

_Katherine Polk Failla_
JUDGE KATHERINE POLK FAILLA
United States District Judge